UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Sierra Drywall Systems, Inc., individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>USG Corporation, United States Gypsum Company, New NGC, Inc., LaFarge North America Inc., CertainTeed Corp., Georgia-Pacific LLC, American Gypsum Company LLC, TIN Inc. d/b/a Temple-Inland Inc., PABCO Building Products, LLC,<br><br>     Defendants. | Case No. 1:12-cv-09949 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Sierra Drywall Systems, Inc., by and through its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses its complaint against the above-captioned defendants without prejudice. This notice is proper because none of the opposing parties have served either an answer or a motion for summary judgment.

Dated: December 28, 2012       Respectfully submitted,

                 */s/ Elizabeth A. Fegan*

1666010.1
1666010.1 1

## CERTIFICATE OF SERVICE

I, Elizabeth A. Fegan, hereby certify that on the 28th day of December, 2012, I filed the foregoing Notice of Voluntary Dismissal electronically with the Clerk of Court using the CM/ECF system, which will cause all counsel of record to be automatically served electronically.

*/s/ Elizabeth A. Fegan*

Eric L. Cramer
Ruthanne Gordon
Candice J. Enders
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19106
Tel: 215-875-3000
ecramer@bm.net
rgordon@bm.net

Steve Berman
Hagens Berman Sobol Shapiro LLP
1918 Eighth Ave.
Suite 3300
Seattle, WA 98101
Tel. 206-623-7292
Fax. 206-623-0594
steve@hbsslaw.com

Jeff D. Friedman
Hagens Berman Sobol Shapiro LLP
715 Hearst Ave.
Suite 202
Berkeley, CA 94710
Tel. 510-725-3000
Fax. 510-725-3001
jefff@hbsslaw.com

Donald L. Perelman
Roberta D. Liebenberg
Fine, Kaplan and Black, R.P.C.
1835 Market Street, 28th Floor
Philadelphia, Pennsylvania 19103
Tel: 215-567-6565
Fax: 215-568-5872
dperelman@finekaplan.com
rliebenberg@finekaplan.com

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
1144 W. Lake Street
Suite 400
Oak Park, IL 60301
Tel: 708-628-4949
Fax: 708-628-4950
beth@hbsslaw.com

Kit A. Pierson
Brent W. Johnson
Daniel Silverman
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., NW
Suite 500 West
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699
kpierson@cohenmilstein.com
bjohnson@cohenmilstein.com
dsilverman@cohenmilstein.com

M. John Dominguez
Cohen Milstein Sellers & Toll PLLC
3507 Kyoto Gardens Drive
Suite 200
Palm Beach Gardens, FL 33410
Tel: 561-578-6850
jdominguez@cohenmilstein.com

George F. Farah
Cohen Milstein Sellers & Toll PLLC
150 East 52nd Street
Thirtieth Floor
New York, NY 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
gfarah@cohenmilstein.com

Carol V. Gilden
Cohen Milstein Sellers & Toll PLLC
190 South LaSalle Street
Suite 1705
Chicago, Illinois 60603
Tel: 312-357-0370
Fax: 312-357-0368
cgilden@cohenmilstein.com

4

1666010.1 1
1666010.1